UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL DOCKET NO. 1:17-CR-00021 |
| VERSUS | JUDGE DRELL |
| ALEXANDER MICHAEL SEGOVIA | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 105), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion for Compassionate Release (ECF No. 86) is DENIED. The Administrative Motion to Reduce Sentence (ECF No. 99) will be considered by the undersigned with a ruling forthcoming.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 16th day of January 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT